IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.R. WILKERSON AKA
ADONAI M. EL-SHADDAI,

      Plaintiff,                    No. CIV S-05-2482 LKK DAD P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.          ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's amended complaint.

        The court finds that plaintiff's amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Baker, McCulley, and Runnels. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        The court also finds that plaintiff's amended complaint fails to state cognizable claims for relief against defendant Wagner. Plaintiff's allegations against this defendant merely involve actions allegedly taken by the defendant in connection with plaintiff's administrative grievances and the appeals process. It is well established, however, that "inmates lack a separate

1

constitutional entitlement to a specific prison grievance procedure." Ramirez v. Galaza, 334 F.3d 850, 860 (9th Cir. 2003) (citing Mann v. Adams, 855 F.2d 639, 640 (9th Cir. 1988)). Accordingly, the court will not order service of plaintiff's amended complaint on defendant Wagner.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for the following defendants: Baker, McCulley, and Runnels.

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet, and a copy of the amended complaint filed December 4, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Four copies of the amended complaint filed December 4, 2006.

4. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
wilk2482.1am

2

1
2
3
4
5
6
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  J.R. WILKERSON AKA
    ADONAI M. EL-SHADDAI,
11              Plaintiff,           No. CIV S-05-2482 LKK DAD P

12      vs.

13
    JEANNE WOODFORD, et al.,         NOTICE OF SUBMISSION
14
                Defendants.          OF DOCUMENTS
15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          _____ one completed summons form;

19          _____ three completed USM-285 forms; and

20          _____ four true and exact copies of the amended complaint filed December 4,

21          2006.

22  DATED: _____.

23

24                                          _____
                                            Plaintiff
25

26